**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Margnus Obinna Ibe v. The State of Texas

Appellate case number:    01-12-00422-CR

Trial court case number:   11DCR056785A

Trial court:              268th District Court of Fort Bend County

This case was abated and remanded to the trial court on July 31, 2013. In the abatement order, we directed the trial court to determine whether appellant wished to pursue the appeal, and, if so, to determine whether or not appellant's trial counsel, Omotayo Lawal, intended to abandon the appeal. The district clerk has filed a supplemental clerk's record containing the trial court's findings that appellant intended to pursue his appeal, and that O.J. Lawal is the attorney for appellant on appeal and was preparing appellant's brief for filing with this Court. The court reporter has filed a reporter's record showing that appellant's counsel announced that he hoped to complete appellant's brief by July 26, 2013. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief was originally due on September 17, 2012. Appellant's brief is ORDERED to be filed no later than 10 days from the date of this order. No further extensions will be granted. If appellant's brief is not filed on or before that date, the Court may require appellant's counsel to appear and show cause why the appellant's brief has not been filed.

Appellee's brief, if any, is ORDERED to be filed no later than 30 days from the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: _/s/ Jim Sharp_____
                ☑ Acting individually    ☐ Acting for the Court

Date: _August 28, 2013_____